April 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

EXTERRA ENERGY, INC., Appellant

NO. 14-11-00925-CV                    V.

SHAREWELL ENERGY SERVICES, LP, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on October 11, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by EXTERRA ENERGY, INC.

We further order this decision certified below for observance.